# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN ANTHONY GOBLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SECURITAS SECURITY )<br>SERVICES USA, INC., )<br>)<br>Defendant. ) | **JURY DEMAND**<br>**CIVIL ACTION NO. 3:12-cv-0686**<br>**JUDGE ALETA A. TRAUGER** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Justin Anthony Goble and Defendant Securitas Security Services USA, Inc. and submit this Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the Court's September 28, 2012 Order. The parties, having reached a settlement as to the claims raised in this matter, hereby jointly stipulate to the dismissal of all claims with prejudice and further agree that each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

/s/ Joe Napiltonia (by RWJ w/permission)
Joe Napiltonia, BPR No. 026881
Law Office of Joe Napiltonia
219 Third Avenue North
Nashville, Tennessee 37064
(615) 734-1199
joenap@navyseallawyer.com

**ATTORNEY FOR PLAINTIFF**

/s/ Russell W. Jackson
Thomas L. Henderson, BPR No. 11526
Russell W. Jackson, BPR No. 27322*
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone No.: (901) 767-6160
thomas.henderson@odnss.com
russell.jackson@odnss.com

**ATTORNEYS FOR DEFENDANT**

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 11, 2012 a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Joe Napiltonia
>Law Office of Joe Napiltonia
>219 Third Avenue North
>Nashville, Tennessee 37064

/s/ Russell W. Jackson